UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Rosee Torres, et al.
                       Plaintiff,

v.                                         Case No.: 1:19–cv–06526
                                                     Honorable Edmond E. Chang

Robert Metz, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 1, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiffs' motion to vacate judgment [33] is denied. As previously explained in detail, R. 31, the Rooker–Feldman doctrine applies to almost all of the claims, so this Court has no subject matter jurisdiction over those claims; the Court relinquished jurisdiction over certain aspects of the defamation claim. Nothing in the proposed amended complaint (as described by Plaintiffs) would alter those holdings. The case remains dismissed without prejudice to refiling in state court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.